BALIP AUTOMOTIVE REPAIRS, INC., A CORPORATION OF
THE STATE OF NEW JERSEY, PLAINTIFF-APPEL-
LANT, v. ATLANTIC CASUALTY INSURANCE COM-
PANY, DEFENDANT-RESPONDENT.

Argued January 2, 1951—Decided May 21, 1951.

*Mr. Aaron Gordon* argued the cause for appellant. (*Mr. Louis Sleisel,* attorney).

*Mr. Harry Green* argued the cause for respondent.

PER CURIAM. The record indicates the testimony in question was willfully and purposely false and substantially affected the results.

It would manifestly be unjust to permit the judgment to stand under these circumstances.

We are in accord with the determination made by the Appellate Division and subscribe to the reasons expressed in its opinion.

The judgment is accordingly affirmed.

*For affirmance*—Chief Justice VANDERBILT and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.